UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>    Plaintiff,<br><br>v.<br><br>JEANNE MARIE MARTIN & MICHAEL CHAVEZ,<br><br>    Defendants. | No. 2:18-cv-2931-JAM-KJN PS<br><br>ORDER TO SHOW CAUSE |

Plaintiff Yasir Mehmood, who proceeds in this action without counsel, filed his complaint and application to proceed *in forma pauperis* in October of 2018. (ECF Nos. 1, 2) The Court granted Plaintiff's IFP application, ordered service, and set an initial scheduling conference for May 2, 2019. (ECF Nos. 4, 6). However, on March 18, 2019, the Court determined that in light of Plaintiff's detention, the scheduling conference should be vacated. (ECF No. 7) The Court ordered the parties to file a joint status report by April 25, 2019. (Id.) To date, the parties have not submitted any reports to the Court.

Further, the Clerk provided Plaintiff with copies of the summons for service on December 19, 2018. However, the Court's records indicate Plaintiff failed to file a statement with the Court indicating that the required documents were submitted to the United States Marshal, and neither Defendant has appeared in the action. This strongly suggests that Plaintiff failed to submit the process documents to the United States Marshal in compliance with the Court's order.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the court's orders;
2. Alternatively, if Plaintiff concludes that he does not wish to pursue the action at this juncture, he may instead file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and
3. Failure to file a response to the order to show cause or a notice of voluntary dismissal without prejudice by the required deadline will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: June 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mehm.2931